FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 18 2013

DAVID J. MALAND, CLERK
BY
DEPUTY Ba

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAMANTHA SELLERS | § § | |
| v. | § § § | Case No. 2:12-CV-293-RSP |
| WOOD COUNTY, TEXAS, et al. | § | |

## JURY VERDICT FORM

### QUESTION: ONE

Do you find by a preponderance of the evidence that the defendant listed below violated Samantha Sellers's Procedural Due Process rights under the law given to you by the Court?

Answer "Yes" or "No."

(A) Wood County?    Yes

(B) Bill Wansley?    No

(C) Wes Criddle?    No

(D) Jerry Blaylock?    No

Please go to Question Two.

### QUESTION: TWO

Do you find that the defendants listed below have proven by a preponderance of the evidence that they are entitled to Qualified Immunity under the law given to you by the Court?

Answer "Yes" or "No."

(A) Bill Wansley?    YES

(B) Wes Criddle?    YES

(C) Jerry Blaylock?    YES

Please go to Question Three.

1

## QUESTION: THREE

Do you find by a preponderance of the evidence that Wood County violated Samantha Sellers's rights under the Texas Whistleblowers Act under the law given to you by the Court?

Answer "Yes" or "No."

ANSWER: _Yes_

If you answered "Yes" to any part of Question One or Question Three, please go to Question Four. If not, please have your foreperson sign and date the verdict form.

## QUESTION: FOUR

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Plaintiff for any damages caused by the violations you have found?

Answer in dollars or say "None."

(A) Past and future mental aguish and emotional suffering?  _None_

(B) Past loss of wages?  _$27,928_

(C) Future loss of earning capacity?  _None_

Please have your foreperson sign and date the verdict form.

2