IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAMANTHA SELLERS | § § | |
| v. | § § | Case No. 2:12-CV-293-RSP |
| WOOD COUNTY, TEXAS, ET AL. | § § | |

## JUDGMENT

CONSIDERING the jury verdict returned in this matter on December 18, 2013,

IT IS ORDERED AND ADJUDGED that there be judgment herein in favor of plaintiff, Samantha Sellers, and against defendant, Wood County, Texas, in the amount $27,928.00, together with prejudgment interest from date of judicial demand through the date of this Judgment, using the average monthly prime rate for each quarter and compounded quarterly, and post-judgment interest as set out in 28 U.S.C. §1961, and all costs of this proceeding.

IT IS FURTHER ORDERED AND ADJUDGED that there be judgment in favor of Defendants Bill Wansley, Wes Criddle, and Jerry Blaylock, rejecting all of plaintiff's claims against them with prejudice.

**SIGNED this 19th day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE