IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAMANTHA SELLERS | § | |
| | § | |
| v. | § | Case No. 2:12-CV-293-RSP |
| | § | |
| WOOD COUNTY, TEXAS, ET AL. | § | |

AMENDED JUDGMENT

CONSIDERING the jury verdict returned in this matter on December 18, 2013, and for the reasons assigned in the Memorandum Ruling addressing fees and costs signed on September 27, 2014,

IT IS ORDERED AND ADJUDGED that there be judgment herein in favor of plaintiff, Samantha Sellers, and against defendant, Wood County, Texas, in the amount $27,928.00, together with prejudgment interest from date of judicial demand through the date of this Judgment, using the average monthly prime rate for each quarter and compounded quarterly, and post-judgment interest as set out in 28 U.S.C. §1961; for attorney's fees in the amount of $76,430.25; and costs in the amount of $26,637.93.

IT IS FURTHER ORDERED AND ADJUDGED that there be judgment in favor of Defendants Bill Wansley, Wes Criddle, and Jerry Blaylock, rejecting all of plaintiff's claims against them with prejudice.

**SIGNED this 27th day of September, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE