# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2015

Mr. David Maland
Eastern District of Texas, Marshall
United States District Court
100 E. Houston Street
Room 125
Marshall, TX 75670-0000

No. 14-41182   Samantha Sellers v. Wood County, Texas, et al
               USDC No. 2:12-CV-293

Dear Mr. Maland,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

cc w/encl:
    Ms. Lee Ina Correa
    Mr. Robert Scott Davis
    Ms. Carla Sims
    Mr. Clayton Davis Tefteller

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-41182
_____

SAMANTHA SELLERS,

    Plaintiff - Appellee

v.

WOOD COUNTY, TEXAS; BILL WANSLEY, Sheriff, Individually, and in his official Capacity; WES CRIDDLE, Chief Deputy, Individually, and in his Official Capacity; JERRY BLAYLOCK, Lieutenant, Individually, and in his Officially Capacity,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Texas, Marshall
_____

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of January 20, 2015, pursuant to the joint motion of the parties.

                                                                                         LYLE W. CAYCE
                                                                                      Clerk of the United States Court
                                                                                      of Appeals for the Fifth Circuit



                                                                                      By: _____
**A True Copy**                                                James deMontluzin, Deputy Clerk
**Certified order issued Jan 20, 2015**

                                                ENTERED AT THE DIRECTION OF THE COURT

**Clerk, U.S. Court of Appeals, Fifth Circuit**